# UNITED STATES DISTRICT COURT
для the
District of Maine

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Cellular Telephone Assigned Call Number (929) 596-2425 | Case No. 1:24-mj-00081-JCN |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     New York    
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A (incorporated by reference).

This Court has authority to issue this warrant under 18 U.S.C. Secs. 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before     March 29, 2024     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     John C. Nivison, U.S. Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    2:04 pm, Mar 15 2024              *[signature]*
                                                                                                           *Judge's signature*

City and state:     Bangor, ME             John C Nivison   U.S. Magistrate Judge
                                                                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:24-mj-00081-JCN | Date and time warrant executed: 03/15/2024 @ 1528 | Copy of warrant and inventory left with: Verizon Wireless |
| Inventory made in the presence of: FBI - Jaclyn O. Keane Brown / Jose Rodriguez-Aguilar | | |

Inventory of the property taken and name(s) of any person(s) seized:

The start date and time of the first ping was approximately March 15, 2024 at 1528 hours EST.

The end date and time of the last ping was approximately April 15, 2024 at 1632 hours EST.

None of the data viewed was saved.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/15/2024

_____
Executing officer's signature

Jose Rodriguez-Aguilar / FBI Special Agent
Printed name and title